IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL HOOD, ELIAS NEMIRI, GIDEON BAUER, ELIZABETH GOLEC, and ALEXYS TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMPUTER SYSTEMS, INC.,<br><br>Defendant.<br><br>This Document Relates To: All Actions | Master Docket No. 2:24-cv-00666-CCW |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Plaintiffs Joel Hood, Elias Nemiri, Gideon Bauer, Elizabeth Golec, and Alexys Taylor move for an Order under Federal Rule of Civil Procedure 23:

(1) Preliminarily approving the proposed Settlement on behalf of the Settlement Class Members[1] according to the terms of the Settlement Agreement and Release;

(2) Provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

> All Persons residing within the United States whose Personal Information was potentially accessed in the Security Incident.

---

[1] All capitalized terms used throughout this motion shall have the meanings ascribed to them in the Settlement Agreement.

(3) Preliminarily appointing Plaintiffs Joel Hood, Elias Nemiri, Gideon Bauer, Elizabeth Golec, and Alexys Taylor as Class Representatives;

(4) Preliminarily appointing Nicholas A. Colella of Lynch Carpenter, LLP and Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP as Class Counsel to act on behalf of the Settlement Class and the Class Representatives with respect to the Settlement;

(5) Approving the Parties' proposed Settlement procedure and Notices, including approving the Parties' selection of Angeion Group, LLC as Settlement Administrator and approving the Parties' proposed schedule;

(6) Entering the proposed Preliminary Approval Order, attached as Exhibit 4 to the Settlement Agreement, which is attached as Exhibit A to the Declaration of Nicholas A. Colella; and

(7) Granting such other and further relief as may be just and appropriate.

Dated: January 16, 2026                    Respectfully Submitted,

/s/ Nicholas A. Colella
Nicholas A. Colella (PA 332699)
nickc@lcllp.com
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Nickolas J. Hagman (*pro hac vice*)
nhagman@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle Street, Ste. 3210
Chicago, IL 60603
Telephone: (312) 782-4880

*Interim Co-Lead Class Counsel*